UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PLUMMER,<br><br>        Plaintiff,<br><br>v.<br><br>TESORO REFINING & MARKETING COMPANY, LLC, et al.,<br><br>        Defendants. | Case No. 2:16-cv-02044-SJO-JEM<br><br>**JUDGMENT ON ORDER GRANTING DEFENDANT TESORO REFINING AND MARKETING, LLC'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:        February 6, 2017<br>Time:        10:00 a.m.<br>Courtroom:  10C<br>Judge:       Hon. S. James Otero<br>Trial Date:  April 4, 2017 |

      This matter came before this Court, the Honorable S. James Otero, District Judge Presiding, on Defendant TESORO REFINING & MARKETING COMPANY LLC's ("Tesoro") Motion for Summary Judgment or, in the Alternative, Summary Adjudication pursuant to Rule 56 of the Federal Rules of Civil Procedure.  Having carefully considered all the pleadings and admissible evidence,

      **IT IS ORDERED AND ADJUDGED** that Plaintiff Richard Plummer shall not recover on any of his claims and that Judgment shall be entered in favor of Tesoro.  Plaintiff shall recover nothing.  Defendant shall be awarded its costs of suit.

      **IT IS SO ORDERED.**

DATED: __February 17, 2017

                                                      HON. S. JAMES OTERO<br>
                                                     UNITED STATES DISTRICT JUDGE